PROB 12C
(7/93)

Report Date: September 10, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 10 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ismael Flores-Bartolo          Case Number: 0980 2:14CR00122-WFN-1

Address of Offender: Spokane County Jail, 1100 W. Mallon, Spokane, WA 99205

Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 12, 2012

Original Offense:     Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2)

Original Sentence:    Prison 15 months;           Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Pamela J. Byerly            Date Supervision Commenced: June 5, 2013

Defense Attorney:     Amy Rubin                   Date Supervision Expires: June 4, 2016

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                    **Supporting Evidence**: On January 19, 2014, the offender was arrested in Okanogan County on two counts of a controlled substance violation for methamphetamine. He was also charged with fourth degree assault (DV), driving under the influence, and driving without a license. On June 10, 2014, Mr. Flores-Bartolo was sentenced to 16 months imprisonment for violation of the uniform controlled substance act (methamphetamine), in Okanogan County Superior Court, cause #14-1-00030-6.

                    Mr. Flores-Bartolo was indicted in the Eastern District of Washington on March 4, 2014, for the charge of Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326. This case has been filed under 2:14CR00039-WFN-1, and is currently set before Your Honor.

Prob12C
Re: Flores-Bartolo, Ismael
September 10, 2014
Page 2

2 **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: The offender violated his conditions of supervised release by being arrested in Okanogan County on January 19, 2014. He did not have advanced legal permission from the U.S. Attorney General or his designee to reenter the United States. Mr. Flores-Bartolo was last removed through the Pas Del Norte, Port of Entry on June 6, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/10/2014

s/Matthew L. Thompson

Matthew L. Thompson
Supervising U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/10/14
Date